# UNITED STATES DISTRICT COURT
for the
Western District of Missouri

| | | |
|---|---|---|
| **JENNIFER RUSH** ) | | |
| ) | | |
| *Plaintiff* ) | | |
| ) | | |
| v. ) | Civil Action No. 6:25-cv-3378 | |
| ) | | |
| **ARSTRAT, LLC.** ) | | |
| ) | | |
| *Defendant* ) | | |

## AFFIDAVIT OF SERVICE

I, Osmany Adam Grau Valdivia, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Arstrat, LLC in Fort Bend County, TX on December 17, 2025 at 2:27 pm at 14141 Southwest Fwy, suite 300, Sugar Land, TX 77478 by leaving the following documents with Erick Clint who as  is authorized by appointment or by law to receive service of process for Arstrat, LLC.

Summons in a Civil Action, Civil Cover Sheet, Class Action Complaint

Additional Description:
I delivered documents to Erick Clint.
Race: White, Sex: Male, Est. Age: 65+, Hair: Blonde, Glasses: N, Est. Weight: 140 lbs to 160 lbs, Est. Height: 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=29.6138616667,-95.6058366667
Photograph: See Exhibit 1

Total Cost: $190.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in __Harris County__, __TX__ on __12/20/2025__.

/s/ *Osmany Adam Grau Valdivia*
_____
Signature
Osmany Adam Grau Valdivia
+1 (281) 682-6930

Exhibit 1a)



Exhibit 1b)

