IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| JENNIFER RUSH on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ARSTRAT, LLC,<br><br>Defendant. | Case No.: 6:25-CV-3378 |

## **ENTRY OF APPEARANCE**

COMES NOW James M. Brodzik with the law firm of Hinshaw & Culbertson LLP, and hereby enters his appearance on behalf of Defendant Arstrat, LLC.

**HINSHAW & CULBERTSON LLP**

*/s/ James M. Brodzik*
James M. Brodzik, #66700
701 Market Street, Suite 260
St. Louis, Missouri 63101
P: 314-241-2600
F: 314-241-7428
jbrodzik@hinshawlaw.com
Attorneys for Defendant
Arstrat, LLC

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was electronically filed and served electronically via the Court's ECF system on all parties receiving ECF notices on January 6, 2026, including the below individuals:

Tylor Whitham
12120 State Line Rd, Box 265
Leawood, KS 66209
Telephone: 816-522-3399
tylor@whithamlawfirm.com

Anthony I. Paronich,
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: 508-221-1510
anthony@paronichlaw.com

/s /James M. Brodzik