IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| JENNIFER RUSH on behalf of herself and others similarly situated,<br><br>   Plaintiff,<br>v.<br><br>ARSTRAT, LLC,<br><br>   Defendant. | Case No.: 6:25-CV-3378 |

## **DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME**

  Defendant Arstrat, LLC ("Defendant"), through its undersigned counsel, and pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), respectfully requests that the Court grant it a twenty-one day extension of time up to and including January 28, 2026 to respond to Plaintiff Jennifer Rush's Class Action Complaint. In support of this motion, Defendant states as follows:

  1. This is a putative class action in which Plaintiff alleges violations of the Telephone Consumer Protection.

  2. Defendant's current deadline to respond to Plaintiff's Class Action Complaint is January 7, 2026.

  3. Defendant and its counsel have diligently worked to investigate Plaintiff's allegations, obtain the information necessary to respond to such, and prepare an appropriate responsive pleading to the Class Action Complaint, but need more time to do so.

  4. Accordingly, Defendant respectfully requests up to and including January 28, 2026 to respond to the Class Action Complaint.

  5. Defendant requests this extension in good faith, not for dilatory purposes.

  6. No party will be prejudiced by the requested extension, nor will the requested extension unduly delay this litigation.

7. This is Defendant's first request for additional time to respond to Plaintiff's Class Action Complaint.

8. Counsel for Defendant contacted counsel for Plaintiff on January 5, 2026 to determine he objected to the requested extension. Counsel for Plaintiff confirmed he did not.

WHEREFORE, Defendant respectfully requests this Court grant it an extension of time up to and including January 28, 2026 to respond to the Class Action Complaint.

**HINSHAW & CULBERTSON LLP**

*/s/ James M. Brodzik*
James M. Brodzik, #66700
701 Market Street, Suite 260
St. Louis, Missouri 63101
P: 314-241-2600
F: 314-241-7428
jbrodzik@hinshawlaw.com
Attorneys for Defendant
Arstrat, LLC

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was electronically filed and served electronically via the Court's ECF system on all parties receiving ECF notices on January 6, 2026, including the below individuals:

Tylor Whitham
12120 State Line Rd, Box 265
Leawood, KS 66209
Telephone: 816-522-3399
tylor@whithamlawfirm.com

Anthony I. Paronich,
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: 508-221-1510
anthony@paronichlaw.com

/s /James M. Brodzik