| Court/State | Year Admitted |
|---|---|
| Illinois | 2011 |
| United States District Court for the Northern District of Illinois | 2012 |
| United States Court of Appeals for the Seventh Circuit | 2016 |
| United States District Court for the Southern District of Illinois | 2017 |
| United States District Court for the Central District of Illinois | 2019 |
| United States District Court for the Southern District of Indiana | 2019 |
| United States District Court for the Eastern District of Wisconsin | 2022 |