# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI

## PETITION FOR ADMISSION PRO HAC VICE

### Affidavit of Movant

I, James M. Brodzik, an active member in good standing of the Bar of the United States District Court for the Western District of Missouri, request that this court admit pro hac vice, David M. Schultz, an attorney admitted to practice in a United States District Court, but not admitted to the Bar of this court, who will be counsel for the defendant, in the case(s) listed below. I am aware that the local rules of this court require that I participate in the preparation and presentation of said case(s), and that I accept service of all papers served. I also understand and agree that if the admittee does not sign up to receive CM/ECF filings, I will be responsible for notifying the admittee of all papers served by CM/ECF.

/s/ James M. Brodzik
**Signature of Movant/Attorney**

66700
**MO Bar Number**

2/20/26
**Date**

Hinshaw & Culbertson, LLP
**Address**

618-310-2325
**Phone**

701 Market Street, Suite 260

St. Louis, MO 63101

### Affidavit of Proposed Admittee

I, David M. Schultz, certify that I reside outside the boundaries of the Western District of Missouri and I am not admitted to the Bar of this court. I am a member in good standing in the state(s) of Illinois and the United States District Court(s) of see attached. (Attach additional page if necessary.) Pursuant to Local Rule 83.5(h), I certify I am a member in good standing in all bars of which I am a member. I understand that if this court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed below, and must accept service of all papers served. I am aware that I can register to receive CM/ECF filings. I understand and agree that should I choose not to register for CM/ECF, I will arrange with movant to keep me advised of papers served and filed in this case.

**Case Number(s):** 6:25-cv-03378-MDH

**Case Title(s):** Rush v. Arstrat, LLC

**Date:** 2/20/26

**Signature:** /s/ David Schultz

**State Bar of Residence & Bar Number:** Illinois 6197596

**Address:** 151 North Franklin Street, Suite 2500
Chicago, IL 60606

**Phone:** 312-704-3000

**Email:** dschultz@hinshawlaw.com

Pursuant to WDMO Local Rule 83.5(g) a fee of $100 is required for each case in which the attorney is seeking admittance.

# CERTIFICATE OF GOOD STANDING



*United States of America*

}**ss.** David M Schultz

*Northern District of Illinois*

    I, Thomas G. Bruton , Clerk of the United States District Court for the Northern District of Illinois,

    DO HEREBY CERTIFY That David M Schultz was duly admitted to practice in said Court on (10/11/1991) and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on (02/17/2026 )

                         Thomas G. Bruton , Clerk,

                         By:  Elizabeth A Eichenlaub
                                Deputy Clerk

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
By: s/ ELIZABETH EICHENLAUB
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
February 17, 2026



# Attorney Registration and Disciplinary Commission
## of the
## Supreme Court of Illinois
### www.iardc.org

One Prudential Plaza
130 East Randolph Drive, Suite 1500
Chicago, IL 60601-6219
(312) 565-2600 (800) 826-8625
Fax (312) 565-2320

3161 West White Oaks Drive
Suite 301
Springfield, IL 62704
(217) 522-6838 (800) 252-8048
Fax (217) 522-2417

Chicago
2/18/2026

Re: David Matthew Schultz
Attorney No. 6197596

To Whom It May Concern:

The records of the Clerk of the Supreme Court of Illinois and this office reflect that David Matthew Schultz was admitted to practice law in Illinois on 5/13/1988; is currently registered on the master roll of attorneys entitled to practice law in this state; has never been disciplined and is in good standing.

Very truly yours,
Lea S. Gutierrez
Administrator

By: _____
Andrew Oliva
Registrar