| Court | Year Admitted | Standing | Bar No. |
|---|---|---|---|
| Illinois Supreme Court | 1988 | Good | 6197596 |
| Federal Trial Bar | 1995 | Good | 6197596 |
| United States Supreme Court | 1994 | Good | 209732 |
| United States Court of Appeals for the Second Circuit | 2005 | Good | 6197596 |
| United States Court of Appeals for the Fifth Circuit | 2011 | Good | 6197596 |
| United States Court of Appeals for the Sixth Circuit | 2010 | Good | 6197596 |
| United States Court of Appeals for the Seventh Circuit | 1993 | Good | 6197596 |
| United States Court of Appeals for the Ninth Circuit | 2010 | Good | 6197596 |
| United States Court for the Central District of Illinois | 1997 | Good | 6197596 |
| United States Court for the Eastern District of Michigan | 2006 | Good | 6197596 |
| United States Court for the Eastern District of Missouri | 2014 | Good | 6197596 |
| United States Court for the Eastern District of Wisconsin | 2005 | Good | 6197596 |
| United States Court for the Northern District of Illinois | 1991 | Good | 6197596 |
| United States Court for the Northern District of Indiana | 2003 | Good | 6197596 |
| United States Court for the Southern District of Illinois | 2003 | Good | 6197596 |
| United States Court for the Southern District of Indiana | 2001 | Good | 6197596 |
| United States Court for the Western District of Michigan | 2009 | Good | 6197596 |
| United States Court for the Western District of Wisconsin | 2005 | Good | 6197596 |