# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI

JENNIFER RUSH,
*On behalf of herself and others similarly situated*,

        Plaintiff

vs.

ARSTRAT, LLC

        Defendant.

Case No. 6:25-cv-03378-LMC

## <u>SCHEDULING AND TRIAL ORDER</u>

## <u>JURY TRIAL</u>

Pursuant to Rules 16(b) and 26(f) of the Federal Rules of Civil Procedure, and upon consideration of the parties' views in the matter, the following schedule is hereby established:

## I.    DISCOVERY PLAN AND SCHEDULING DEADLINES

| Discovery Plan and Scheduling | Guidelines | Deadlines |
|---|---|---|
| Joinder of Parties | 30 days before discovery deadline | August 24, 2026 |
| Amendment of Pleadings | 30 days before discovery deadline | August 24, 2026 |
| Plaintiff Expert Designation | 60 days before discovery deadline | July 27, 2026 |
| Defendant Expert Designation | 30 days after Plaintiff Expert deadline | August 24, 2026 |
| Rebuttal Expert Designation | 14 days before discovery deadline | September 9, 2026 |
| Discovery Dispute Motions | At least 14 days before discovery deadline | September 9, 2026 |
| Completion of Discovery (both fact and expert discovery) | 180 days from this proposed order (Local Rule 26.1(c)2) | September 23, 2026 |

| | | |
|---|---|---|
| Motion for Class Certification | 30 days after discovery deadline | October 23, 2026 |
| Dispositive Motions | 30 days after the Court rules on Plaintiff's Motion for Class Certification | TBD |

## II. COURT CONFERENCES AND TRIAL DATE

| Court Setting | Guidelines | Date | Time |
|---|---|---|---|
| Court Status Conference Date | 30 days before discovery deadline | TBD | TBD |
| Initial Pretrial Conference Date | 30 days before trial | TBD | TBD |
| Final Pretrial Conference Date | Thursday or Friday before trial | TBD | TBD |
| Trial Date | 150 days from dispositive motion deadline | TBD | 8:30 a.m. |

## III. PRETRIAL AND TRIAL FILING DEADLINES

| Pretrial and Trial Documents | Deadlines |
|---|---|
| Motions in Limine | 14 days prior to initial pretrial conference |
| Responses to Motions in Limine | 7 days prior to initial pretrial conference |
| Deposition Designations | 14 days prior to initial pretrial conference (Fed. R. Civ. P. 26(a)(3)) |
| Objections to Deposition Designations | 10 days prior to initial pretrial conference |
| Cross-Exam Deposition Designations | 10 days prior to initial pretrial conference |
| Objections to Cross-Exam Deposition Designations | 7 days prior to initial pretrial conference |
| Stipulation of Uncontroverted Facts | 3 days prior to initial pretrial conference (Local Rule 40.1) |
| Stipulation of Admissibility of Evidence | 3 days prior to initial pretrial conference |
| Witness List | 3 days prior to initial pretrial conference (Fed. R. Civ. P. 26(a)(3)) |
| Exhibit List | 3 days prior to initial pretrial conference (Fed. R. Civ. P. 26(a)(3)) |
| Jury Instructions (if jury trial) | 14 days prior to trial (Local Rule 40.1 and 51.1) |

| Trial Briefs | 5 days prior to trial (Fed. R. Civ. P. 26(a)(3)) |
|---|---|
| Voir Dire (if jury trial) | 5 days prior to trial (Fed. R. Civ. P. 26(a)(3)) |

## IV. RESPONSES TO COURT'S ORDER

1. **TRIAL**. The parties have requested a jury trial. If a class action is certified, the Plaintiff anticipates that trial will take 5 days. *See* Local Rule 16.1(f)(5).

2. **ESI.** The parties agree to produce electronically stored information in a searchable PDF format, to the extent possible, and will further meet and confer about the format of calling data that may be produced in this matter. The parties consent to the electronic service of discovery.

RESPECTFULLY SUBMITTED AND DATED this March 19, 2026.

*/s/ Anthony Paronich*
Anthony Paronich
Email: anthony@paronichlaw.com
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: (617) 485-0018
Facsimile: (508) 318-8100
*Attorneys for Plaintiff and the Proposed Class*

*/s/ Joseph D. Kern*
Joseph D. Kern
Email: jkern@hinshawlaw.com
HINSHAW & CULBERTSON LLP
151 N. Franklin Street, Suite 2500
Chicago, IL 60606
Telephone: (312) 704-3000
*Counsel for Defendant*