**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| JENNIFER RUSH<br>*on behalf of herself and*<br>*others similarly situated*,<br><br>          Plaintiff,<br><br>v.<br><br>ARSTRAT, LLC<br><br>          Defendant. | )<br>)Civil Action No.: 6:25-CV-3378<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DESIGNATION OF NEUTRAL

In accordance with the Notice of Inclusion, MAP General Order, and any applicable guidelines, the parties file their Designation of Neutral as follows:

NEUTRAL'S NAME: _____ Aaron Weiss _____

_____ Not on List
(*This should be marked with an "X" only if the person is not on Court's List of Neutrals but was approved by the MAP Director*)

SESSION TYPE: ___X___ Mediation _____ ADR-O

SESSION DATE AND TIME: _____ May 27, 2026 _____

SESSION LOCATION: _____ Zoom _____

MODE OF SESSION: In person: _____ Virtual: __X____ Hybrid _____


Dated: April 7, 2026          PLAINTIFF, on behalf of herself
and others similarly situated,


By: */s/ Anthony Paronich*
Anthony I. Paronich, *Pro Hac Vice*
Paronich Law, P.C.
350 Lincoln Street, Suite 2400

Hingham, MA 02043
(508) 221-1510
<u>anthony@paronichlaw.com</u>

1