IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

JENNIFER RUSH on behalf of herself and others similarly situated,

Plaintiff,

v.

ARSTRAT, LLC,

Defendant.

Case No.: 6:25-CV-3378-MDH

## **AMENDED DESIGNATION OF NEUTRAL**

In accordance with the Notice of Inclusion, MAP General Order, and any applicable guidelines, the parties file this Amended Designation of Neutral:[1]

NEUTRAL'S NAME: **Aaron Weiss**

**X** Not on List

(*This should be marked with an "X" only if the person is not on Court's List of Neutrals but was approved by the MAP Director*)

SESSION TYPE: **X** Mediation _ ADR-O

SESSION DATE AND TIME: **June 18, 2026 at 9:00 am CST**

SESSION LOCATION: **Via zoom**

MODE OF SESSION: In person: _____ Virtual: **X** Hybrid _____

---

[1] The MAP Director extended the ADR deadline to June 19, 2026 via an email dated May 21, 2026.

Respectfully submitted by:

*Counsel for Defendant*

<u>*/s/ Joseph D. Kern*</u>

David M. Schultz
Joseph D. Kern
HINSHAW & CULBERTSON LLP
151 North Franklin Street, Suite 2500
Chicago, IL 60606
Telephone: 312-704-3000
Facsimile: 312-704-3001
dschultz@hinshawlaw.com
jkern@hinshawlaw.com

# <u>CERTIFICATE OF SERVICE</u>

I, Joseph D. Kern, an attorney, certify that on May 26, 2026, caused to be served a copy of the foregoing by: depositing same in the U.S. Mail box at 151 North Franklin Street, Chicago, Illinois 60606, prior to 5:00 p.m., postage prepaid; messenger delivery; UPS; facsimile transmitted from (312) 704-3001; email; or electronically via the Case Management/Electronic Case Filing system ("ECF"), as indicated below.

☒ ECF
☐ Facsimile
☐ UPS
☐ U.S. Mail
☐ E-Mail
☐ Messenger Delivery

To: All parties of record

*/s/ Joseph D. Kern*
Joseph D. Kern