JENNIFER RUSH on behalf of herself and others similarly situated,

Plaintiff,

v.

ARSTRAT, LLC,

Defendant.

Case No.: 6:25-cv-03378-MDH

## JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER

Plaintiff Jennifer Rush ("Plaintiff") and Defendant Arstrat, LLC ("Defendant") (collectively the "Parties"), respectfully request that the Court, pursuant to Rule 26(c)(1) of the Federal Rules of Civil Procedure, grant their instant Joint Motion and enter the Stipulated Protective Order attached hereto as Exhibit A to govern and/or limit the dissemination of discovery conducted in this case, including, but not limited to, the production and/or exchange of documents and information. In support of their instant motion, the Parties state as follows:

1. This is a putative class action in which Plaintiff alleges Defendant violated of the Telephone Consumer Protection Act ("TCPA").

2. The Parties have met and conferred and agree that the attached Stipulated Protective Order should be entered to govern and/or limit the dissemination of discovery conducted in this case, including, but not limited to, the production and/or exchange of documents and information, which likely will involve the exchange of sensitive personal, business, financial, and/or commercial information.

3. Rule 26(c)(1)(G) of the Federal Rules of Civil Procedure provides that "[t]he court may, for good cause, issue an order to protect a party or person from annoyance, embarrassment, oppression, or undue burden or expense, including . . . requiring that a trade secret or other

confidential research, development, or commercial information not be revealed or be revealed only in a specified way." Fed.R.Civ.P. 26(c)(1)(G),

4.      Here, there is good cause for entry of the attached Stipulated Protective Order to maintain the confidentiality of sensitive personal, business, financial, and/or commercial information, while at the same time providing the parties with sufficient access to such information.

WHEREFORE, the Parties respectfully request that the Court grant their instant motion and enter the Stipulated Protective Order attached as Exhibit A.

Respectfully submitted by:

*/s/ Joseph D. Kern*
David M. Schultz
Joseph D. Kern
HINSHAW & CULBERTSON LLP
151 North Franklin Street, Suite 2500
Chicago, IL 60606
Telephone: 312-704-3000
Facsimile: 312-704-3001
dschultz@hinshawlaw.com
jkern@hinshawlaw.com
*Counsel for Defendant*

*/s/ Anthony Paronich*
Anthony Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: (617) 485-0018
Facsimile: ((508) 318-8100
anthony@paronichlaw.com
*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that a true and correct copy of the foregoing document was electronically filed and served electronically via the Court's ECF system on all parties receiving ECF notices on June 15, 2026.

*/s/ Joseph D. Kern*
Joseph D. Kern