IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| JENNIFER RUSH on behalf of herself and others similarly situated,<br><br>Plaintiff,<br>v.<br><br>ARSTRAT, LLC,<br><br>Defendant. | Case No.: 6:25-cv-03378-MDH |

**STIPULATION OF DISMISSAL**

Plaintiff Jennifer Rush ("Plaintiff") and Defendant Arstrat, LLC ("Defendant"), through their undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), stipulate and agree that Plaintiff's individual claims against Defendant in this action shall be dismissed with prejudice with the claims of the putative class to be dismissed without prejudice.

Respectfully submitted by:

/s/ Joseph D. Kern
Joseph D. Kern
HINSHAW & CULBERTSON LLP
151 North Franklin Street, Suite 2500
Chicago, IL 60606
Telephone: 312-704-3000
Facsimile: 312-704-3001
dschultz@hinshawlaw.com
jkern@hinshawlaw.com
*Counsel for Defendant*

/s/ Anthony Paronich
Anthony Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: (617) 485-0018
Facsimile: ((508) 318-8100
anthony@paronichlaw.com
*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that a true and correct copy of the foregoing document was electronically filed and served electronically via the Court's ECF system on all parties receiving ECF notices on September 23, 2026.

*/s/ Joseph D. Kern*
Joseph D. Kern