IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **JENNIFER RUSH,** *on behalf of herself and others similarly situated*, | ) | |
| **Plaintiff,** | ) | |
| **vs.** | ) | **Case No. 6:25-cv-03378-MDH** |
| **ARSTRAT, LLC,** | ) | |
| **Defendant.** | ) | |

**ORDER OF DISMISSAL**

Before the Court is the parties' Stipulation of Dismissal. (Doc. 25). The parties stipulate to the dismissal of Plaintiff's individual claims against Defendant with prejudice and to the dismissal of the putative class's claims against Defendant without prejudice.

WHEREFORE, after reviewing the parties' Stipulation of Dismissal, the Court hereby dismisses this case in its entirety. It is **ORDERED** that Plaintiff's individual claims against Defendant are hereby **DISMISSED** with prejudice; that the claims of the putative class against Defendant are hereby **DISMISSED** without prejudice; and that the parties' Joint Motion for Protective Order (Doc. 24) is hereby **DENIED** as moot.

**IT IS SO ORDERED.**

Dated: September 28, 2026

*/s/ Douglas Harpool*
**DOUGLAS HARPOOL**
**UNITED STATES DISTRICT JUDGE**